NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1549

NINESTAR TECHNOLOGY CO., LTD.,
NINESTAR TECHNOLOGY COMPANY, LTD.,
TOWN SKY, INC.,

Appellants,

and

DATAPRODUCTS USA, LLC,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

EPSON PORTLAND INC., EPSON AMERICA, INC.,
and SEIKO EPSON CORPORATION,

Intervenors.

Appeal from the United States International Trade Commission in
Investigation No. 337-TA-565.

ON MOTION

Before RADER, Circuit Judge.

## O R D E R

Epson Portland Inc., Epson America, Inc., and Seiko Epson Corporation move

for leave to intervene.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

OCT 21 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Edward F. O'Connor, Esq.
      Michael K. Haldenstein, Esq.
      Harold A. Barza, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 1 2009

JAN HORBALY
CLERK

2009-1549                    2